UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
April 4, 2019 12:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc_ SCANNED BY /ull 4/5/19

Betty Kulinski,

Plaintiff(s),

v

Yates Dial A-Ride

Defendant(s).

Case No. 1:18-CV-01422
Honorable
Janet T. Neff

Filling a motion for Pro Se Application for Electronic Filing and Service

Betty K

4.4.2019